**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CORETTA KING, | Case No. 2:15-cv-02055-APG-CWH |
| Plaintiff, | **ORDER ACCEPTING REPORT & RECOMMENDATION** |
| v. | (ECF No. 3) |
| JACE MANDE, *et al.*, | |
| Defendants. | |

On April 25, 2016, Magistrate Judge Hoffman entered a Report & Recommendation recommending that plaintiff Coretta King's complaint be dismissed without prejudice and that King be given 30 days to file an amended complaint. ECF No. 3.

Pursuant to Local Rule IB 3-2(a), any objection to Judge Hoffman's Report & Recommendation had to be filed within fourteen days. No objection was filed. The failure to file objections within the specified time, and failure to properly address and brief the objectionable issues, waives the right to appeal the order and to appeal factual issues from the order. *Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); LR IB 3-2(b) (stating the "district judge must conduct a de novo review of those portions of the specified findings or recommendations to which objections have been made"). Additionally, it appears King has failed to comply with Local Rule IA 3-1, which requires a pro se party to immediately notify the court of any of change of address. *See* ECF No. 5. Failure to comply with this rule may result in dismissal or "other sanctions as deemed appropriate by the court." LR IA 3-1.

IT IS THEREFORE ORDERED that Judge Hoffman's report and recommendation **(ECF No. 3) is accepted** and the complaint **(ECF No. 1-2) is DISMISSED without prejudice**.

/ / / /

/ / / /

/ / / /

IT IS FURTHER ORDERED that plaintiff Coretta King shall file an amended complaint and update her address on or before July 5, 2016, or this action will be closed.

Dated: June 3, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE