# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

CORETTA KING,

               Plaintiff,

v.

JACE MANDE, *et al.*,

               Defendants.

Case No. 2:15-cv-02055-APG-CWH

**ORDER DISMISSING CASE**

      On April 25, 2016, Magistrate Judge Hoffman entered a Report & Recommendation recommending that plaintiff Coretta King's complaint be dismissed without prejudice and that King be given 30 days to file an amended complaint. ECF No. 3.  I accepted Judge Hoffman's recommendation.  Additionally, King failed to comply with Local Rule IA 3-1, which requires a pro se party to immediately notify the court of any of change of address. *See* ECF No. 5.  Failure to comply with this rule may result in dismissal or "other sanctions as deemed appropriate by the court." LR IA 3-1.  I therefore directed King to file an amended complaint and update her address on or before July 5, 2016, or this action would be closed.  King did not file an amended complaint nor did she update her address.  Rather, my prior order was returned in the mail. ECF No. 7.

      IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice.

      Dated:  July 7, 2016.

                                              ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE